UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 3:20-cv-09159-MAS-DEA

AMY M. COBB D/B/A
COBB'S SECOND TIME AROUND
THRIFT SHOP,

    Plaintiff,                                  **CLASS ACTION**

v.

ERIE INSURANCE PROPERTY AND
CASUALTY COMPANY D/B/A
ERIE INSURANCE EXCHANGE,

    Defendant.

_____/

## ORDER GRANTING JOINT STIPULATION TO TRANSFER ACTION

This matter comes before the Court on the party's joint stipulation to transfer action.

For good cause shown, and the Court having been duly advised of the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. Joint Stipulation is **APPROVED**.

2. This action is hereby transferred to the Western District of Pennsylvania.

**IT IS SO ORDERED** this 10th day of September, 2020.

                                                          _____
                                                    HON. MICHAEL A. SHIPP
                                                    UNITED STATES DISTRICT JUDGE

Copies Furnished to Counsel of Record